UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL KITCHEN,

    Plaintiff,

v.

HURON AND EASTERN RAILWAY
COMPANY, INC.,

    Defendant.

Case No. 17-12804
Honorable Laurie J. Michelson

### ORDER FOR PLAINTIFF'S COUNSEL TO SHOW CAUSE

A telephone-status conference in this case was set for August 20, 2019. (ECF No. 17.) Pursuant to Plaintiff's counsel's request, the Court rescheduled this conference for August 23, 2019 at 9:00 a.m. The Court began the call shortly after 9:00 a.m. and only counsel for Defendant was on the line. The Court attempted to contact Plaintiff's counsel. The Court was only able to reach Plaintiff's counsel's receptionist or administrative assistant. The Court held the status conference with Defendant's counsel and received an update on the case.

Plaintiff's counsel is ordered to show cause in writing by August 28, 2019 as to why the Court should not impose sanctions for not appearing on the call.

IT IS SO ORDERED.

                                                 s/Laurie J. Michelson
                                               LAURIE J. MICHELSON
                                               UNITED STATES DISTRICT JUDGE

Date: August 26, 2019

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 26, 2019.

                                            s/William Barkholz
                                            Case Manager to
                                            Honorable Laurie J. Michelson