UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL KITCHEN,

    Plaintiff,

-vs-

HURON AND EASTERN RAILWAY
COMPANY, INC.,

    Defendant.

Case No: 2:17-cv-12804
Hon. Laurie J. Michelson

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED,** by and between the parties, through their respective counsel, that the above-captioned matter shall be dismissed, with prejudice and without costs to any party.

Respectfully submitted,

| O'BRYAN BAUN KARAMANIAN | SCHUMAKER LOOP & KENDRICK, LLP |
|---|---|
| */s/ Dennis M. O'Bryan* | */s/ James R. Carnes (w/permission)* |
| Dennis M. O'Bryan (P30545) | James R. Carnes (P60312) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 401 S. Old Woodward, Suite 463 | North Courthouse Square, 1000 Jackson St. |
| Birmingham, MI 48009 | Toledo, Ohio 43604 |
| (248) 258-6262 | (419) 241-9000 |
| Fax: (248) 258-6047 | Fax: (419) 241-6894 |
| dob@obryanlaw.net | jcarnes@slk-law.com |

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on the 18th day of December, 2019, the foregoing was filed using the Court's ECF Filing System and will be served on counsel of record via the Court's ECF system.

*Jaunam M. Karam*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL KITCHEN,

    Plaintiff,

-vs-

HURON AND EASTERN RAILWAY
COMPANY, INC.,

    Defendant.

Case No: 2:17-cv-12804
Hon. Laurie J. Michelson

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the parties,

**IT IS HEREBY ORDERED** that this suit is dismissed with prejudice and without costs to any party.

This Order disposes of the last remaining claim and closes the file.

HON. Laurie J. Michelson