UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEIL KITCHEN,

    Plaintiff,

-vs-                                      Case No:  2:17-cv-12804
                                              Hon. Laurie J. Michelson

HURON AND EASTERN RAILWAY
COMPANY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the parties,

**IT IS HEREBY ORDERED** that this suit is dismissed with prejudice and without costs to any party.

This Order disposes of the last remaining claim and closes the file.

**SO ORDERED.**

Dated:  December 18, 2019

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
                                        UNITED STATES DISTRICT JUDGE